**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| In re:<br><br>VALERIA V. GUNKOVA,<br><br>Debtor. | Case No. 23-11261 (BFK)<br>Chapter 11 |
| HARRY KAMIN,<br>Individually and on behalf of BNG Group LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VALERIA V. GUNKOVA,<br><br>Defendant. | Adv. Proc. No. 23-01062-BFK |

**PLAINTIFFS' MOTION FOR SANCTIONS**
**DUE TO DEFENDANT'S SPOLIATION OF EVIDENCE**

Plaintiff Harry Kamin, individually and on behalf of Plaintiff BNG Group LLC, hereby files this Motion pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 7037 requesting the Court enter an Order granting sanctions against Defendant Valeria Gunkova due to her spoliation of evidence. The grounds for this Motion are set forth in the Memorandum simultaneously filed herein.

Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3008
marc.albert@stinson.com
tracey.ohm@stinson.com

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9325
bbenes@bethunebenes.com

*Counsel for Harry Kamin, individually and on behalf of BNG Group LLC*

## LOCAL RULE 7026-1(H) STATEMENT OF COUNSEL

Counsel for Mr. Kamin, Bethany Benes, and counsel for Ms. Gunkova, Nancy D. Greene, have met and conferred in an effort to generally resolve discovery disputes in this adversary proceeding. These efforts resulted in the filing of a stipulation and proposed agreed order incorporating prior discovery [Dkt. No. 49], which was approved by the Court on May 13, 2024 [Dkt. No. 50]. As to Plaintiffs' Motion for Sanctions Due to Defendant's Spoliation of Evidence, prior to filing this Motion Ms. Benes made a good-faith effort and contacted Ms. Greene by email on May 9, 2024 to request a time to discuss the spoliation issues that are the focus of this Motion. Ms. Benes and Ms. Greene met and conferred by telephone on May 14, 2024. The parties were unable to resolve the dispute.

WHEREFORE, Harry Kamin, individually and on behalf of BNG Group LLC, hereby respectfully requests this Court grant this Motion and enter sanctions against Valeria Gunkova to the fullest extent permissible under the law, and for any further relief this Court deems just and proper.

Dated: May 20, 2024

Respectfully submitted,

/s/ Tracey M. Ohm

Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033

Tel.: (703) 260-9325
bbenes@bethunebenes.com

*Counsel for Harry Kamin and BNG Group LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of May, 2024, I caused a true and correct copy of the foregoing Plaintiffs' Motion for Sanctions Due to Defendant's Spoliation of Evidence to be served via the Court's ECF system upon all counsel who have entered an appearance in this case as follows:

Nancy Greene ndg@ndglaw.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

Angela L. Shortall ashortall@3cubed-as.com, md70@ecfcbis.com

/s/ Tracey M. Ohm
Tracey M. Ohm