BETHUNE
BENES

**Bethany Benes**
**Attorney at Law**
(703) 260-9325 Direct
bbenes@bethunebenes.com

February 10, 2021

**VIA MAIL AND EMAIL**
Valeria V. Gunkova
2 Pidgeon Hill Drive, Suite 100
Sterling, Virginia 20165
vgunkova@gmail.com

***Re: BNG Group, LLC***

Dear Ms. Gunkova:

This firm and undersigned counsel represent Harry Kamin with regard to his ownership interest in BNG Group, LLC (hereinafter referred to as "**BNG**" and/or the "**Company**"). Please direct all future communications to me on behalf of Mr. Kamin.

First, it has come to Mr. Kamin's attention that the Company's building located at 2 Pidgeon Hill Drive, Suite 100, Sterling, Virginia 20165 has been marketed and listed for sale by the Company. As a Manager and 50% Class A member of the Company, Mr. Kamin hereby demands that all such efforts cease and that no further action be taken without his prior knowledge and written consent. Please immediately confirm that you will comply with this demand and provide written documentation that such action has been taken.

Second, last week, Mr. Kamin requested access to the Company's bank account at TD Bank. It is my understanding that you refused Mr. Kamin's access. As a Manager and 50% Class A Member of the Company, Mr. Kamin has a right to access the account. Please immediately (i) take action with TD Bank to allow Mr. Kamin access to the Company account(s), (ii) add Mr. Kamin as an authorized signatory to the Company account(s); and (iii) supply the Company's online banking login and password information.

Finally, pursuant to Va. Code § 13.1-1028, Mr. Kamin hereby requests that you provide the following documents and information to Mr. Kamin within five (5) days of the date of this letter:

PLAINTIFF'S EXHIBIT
A

1. All governing documents of the Company for the last three years (2018, 2019, and 2020) to present, including but not limited to the Company's Articles of Organization, Operating Agreement, Amendments, meeting minutes, Notices, and voting records;

2. A current list of the full names and last known addresses for any person serving as an Officer, Director, Manager, President, Secretary, Treasurer, or Board Member for the Company, and all documents and communications related to the election of such persons serving;

3. A current list of the full names and last known addresses of each member of the Company, in alphabetical order;

4. A current list of the full names and last known addresses for each employee, independent contractor, or consultant hired by BNG and for which BNG has compensated, including the total amount paid to each such person or entity;

5. All financial records of the Company, including but not limited to a full accounting of the Companies' assets and expenses, profit and loss statements, balance sheets, accounts receivable ledgers, accounts payable ledgers, loan documents, capital contributions, and distributions;

6. All documents related to bank accounts held, whether individually or jointly, in the name of BNG, including but not limited to bank statements, ATM receipts, withdrawal receipts, deposit slips, checks, and wire transfers;

7. All tax records for the Company for the last three years (2018, 2019, and 2020), including but not limited to K-1s, 1099s, and tax returns;

8. All documents and communications related to the business of the Company, including an identification of the Company's business for the last three years to present;

9. All documents and communications related to any improvement made or anticipated to be made to the Company's building located at 2 Pidgeon Hill Drive, Suite 100, Sterling, Virginia 20165;

10. All documents and communications purportedly signed by Harry Kamin related to BNG;

11. All contracts entered into or anticipated to be entered into on behalf of BNG or relating to BNG;

12. All documents and communications related to the listing and marketing of the Company's building located at 2 Pidgeon Hill Drive, Suite 100, Sterling, Virginia 20165;

13. The website to access, as well as login and password information, for the email address known as harry@bnggroupllc.com;

14. All communications and documents received by or sent by the email address known as harry@bnggroupllc.com; and
15. A current list of all email addresses created by you or any Company agent for Harry Kamin;

Please note that if this information is not supplied as requested in this letter, Mr. Kamin will be forced to take legal action to protect his interests, including but not limited to injunctive relief pursuant to Va. Code § 8.01-622, dissociation pursuant to Va. Code § 13.1-1040.1, and/or dissolution pursuant to Va. Code § 13.1-1046. Should legal action be required, Mr. Kamin will seek costs and attorney's fees. Mr. Kamin reserves all rights.

If you should have any questions or want to discuss this matter further, please do not hesitate to contact me. I look forward to receiving the information requested above and working with you in this matter.

Sincerely,

Bethany Benes