**VIRGINIA:**

**IN THE CIRCUIT COURT OF LOUDOUN COUNTY**

| | | |
|---|---|---|
| **HARRY KAMIN,**<br>**Individually and Derivatively on behalf of**<br>**BNG GROUP LLC**<br>**Plaintiff,**<br><br>**v.**<br><br>**VALERIA GUNKOVA**<br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Case No: CL-21-1557** |

**ORDER**

THIS MATTER came upon the Motion for Sanctions and to Compel Inspection of Electronic Devices for Forensic Analysis (the "**Motion**") filed by Plaintiff Harry Kamin, the Opposition thereto filed by Defendant Valeria Gunkova, and the oral argument of counsel on October 25, 2022;

IT APPEARING TO THE COURT that the Plaintiff is entitled to inspect all electronic devices containing and/or used to conduct business on behalf of BNG Group LLC;

IT IS HEREBY ORDERED that:

(i) The Motion is granted;

(ii) Within seven (7) days of this Order, Defendant Valeria Gunkova shall provide the make, model, serial number, data size, and date of acquisition of all electronic devices and cloud services containing and/or used to conduct business on behalf of BNG Group LLC including but not limited to the Company Devices referred to in the Motion (the "**Devices**") to Vestigant, LLC;



PLAINTIFF'S EXHIBIT
C

(iii) Within seven (7) days of this Order, Plaintiff Harry D. Kamin shall propose search terms to be applied to the Devices. Defendant Valeria Gunkova shall provide any response to the proposed search terms within seven (7) days thereafter;

(iv) Within fourteen (14) days of this Order, Defendant Valeria Gunkova shall allow for the forensic imaging and/or copying and inspection of all Devices;

(v) Vestigant, LLC shall apply the search terms to the content of the Devices. Vestigant, LLC shall also conduct forensic examinations of the Devices;

(vi) The results of the search terms shall be provided to counsel for Defendant Valeria Gunkova to assess for privileged materials. Any materials alleged to be privileged or non-responsive shall be logged by counsel for Defendant Valeria Gunkova pursuant to Rule 4:1;

(vii) The unprivileged results of the forensic examination shall be provided simultaneously to counsel for the parties;

(viii) All information obtained as a result of the forensic process shall be treated as CONFIDENTIAL and shall be used for litigation purposes only. All persons accessing the Devices shall be bound by this Confidentiality term of this Order.

(ix) Costs charged by Vestigant, LLC to perform the forensic examination described in this Order shall be borne by Plaintiff Harry D. Kamin

AND THIS CASE CONTINUES.

ENTERED THIS 25 DAY OF Oct. 2022.

[signature]
Circuit Court Judge

SEEN AND AGREED:

Bethany R. Benes, VSB No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, VA 22033
Tel: (703) 260-9322
bbenes@bethunebenes.com
*Counsel for Harry Kamin*

SEEN AND OBJECTED TO:

Lee E. Berlik, VSB No. 39609
Jay M. McDannell, VSB No. 45630
BERLIKLAW, LLC
1818 Library Street, Suite 500
Reston, VA 20190
Tel.: (703) 722-0588
lberlik@berliklaw.com
JMcDannell@berliklaw.com
*Counsel for Defendant Valeria Gunkova*