BETHUNE BENES

**Bethany Benes**
**Attorney at Law**
(703) 260-9325 Direct
bbenes@bethunebenes.com

November 1, 2022

**VIA EMAIL ONLY**
Jay McDannell, Esq.
jmcdannell@berliklaw.com

***Re: Kamin v. Gunkova;* Case No. CL-21-1557**

Dear Mr. McDannell:

Pursuant to the Court's Order of October 25, 2022, please find below the proposed search terms to be applied to the Devices:

- BNG
- Harry Kamin
- Harry D. Kamin
- Harry D Kamin
- Kamin
- Grishak
- Harry@ariamedispa.com
- Harry@bnggroupllc.com
- Grishak44@att.net
- Andrei
- Andrey
- Stolbunov
- Sterling Investment
- Small Business Administration
- PPP
- SBA
- Hilliard
- Capitolmobilenotary@yahoo.com
- Kirk_hilliard@yahoo.com
- 207-6240
- 332-9382
- capitolprocessingservices
- Capitol Processing Services
- Certificate of Organization
- Operating Agreement
- Fatima El-Hage
- Amendment
- Friedman
- Freedman
- Power of Representation
- Membership Interest Transfer Agreement
- October 29, 2020
- 29th day of October
- Amended and Restated
- 828089
- 11009
- 11025
- 1589
- 7120
- 6666
- 7649
- 8041
- 6442
- 8519
- 6762
- Maxim Prokofyev
- PRC
- Short Term Loan Exchange Agreement
- Loan Agreement
- Natalia Gorbunova
- Asset Contribution Agreement
- Contract for Services

PLAINTIFF'S EXHIBIT
D

- 431-2670
- Grishak46@att.net
- Employment Agreement
- Assignment of Interest
- 20210225
- 2496577907
- 170507
- 9760477903
- 3304407052
- Hary
- EIDL
- Stryker
- Bruce
- Health-Pro Realty
- Legat
- 6500127
- 650127
- Young Yoon
- young@bnggroupllc.com
- Farrukh Kuchakov

We look forward to receiving your client's response to the proposed terms and working with you to complete this process in an amicable and professional manner.

Sincerely,

Bethany Benes

Cc: J. Christopher Racich