***KAMIN V. GUNKOVA***

**Discovery Chart**

| 1st Request | Prior Court Order | Status as of May 1 Compel Order | Current Status – Remaining Deficiencies |
|---|---|---|---|
| 7. All Documents and Communications related to the financial records of BNG from September 1, 2019 to the present, including but not limited to BNG's assets and expenses, profit and loss statements, balance sheets, accounts receivable ledgers, accounts payable ledgers, loan documents, capital contributions, and distributions. | 6/7/2021 Judge Fisher<br><br>3/18/2022 Judge Irby (reflecting oral ruling of 2/25/22)<br><br>5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - No statements, payments, or records from the SBA's online portal as referred to in Counsel's 3/2323 Letter have been produced for SBA Loan No. 7907 (BNG). No Forms related to BNG's Loan Forgiveness have been produced.<br><br>- No statements, payments, or records from the SBA's online portal have been produced for SBA Loan No. 7903 (Sterling Investment). No Forms related to Loan Forgiveness have been produced. *see* GUNKOVA_56906.<br><br>- Mr. Kamin will accept Ms. Gunkova's representation that she does not have any responsive documents regarding SBA Loan No. 8003 or SBA Loan No. 8202. Mr. Kamin requests that the representation be certified by Ms. Gunkova.<br><br>- All Documents related to Bank Five Nine produced on 4/18/23 should have been produced by March 11, 2022 pursuant to Court's 3/18/22 Order; Documents contained in DropBox link noted on GUNKOVA_39625 not produced.<br><br>- Loan Applications and Supporting Documentation to/with Madison One were not contained in the 12 pages produced as GUNKOVA_39691-39702. | -Loan 7907: Statements and payments remain outstanding (only screenshots of SBA online portal).<br><br>-Loan 7903: Statements and payments remain outstanding (only screenshots of SBA online portal); Loan Application and supporting documents remain outstanding.<br><br>- No certification by Ms. Gunkova was produced<br><br>- No new documents were produced in Gunkova's 5/15 supplemental responses; Documents contained in DropBox link noted on GUNKOVA_39625 not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>- No new documents were produced in Gunkova's 5/15 supplemental responses; Loan Applications and Supporting Documentation to/with Madison One remain outstanding. |

PLAINTIFF'S EXHIBIT G

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 1st Request | Prior Court Order | Status as of May 1 Compel Order | Current Status – Remaining Deficiencies |
|---|---|---|---|
| 7. continued: All Documents and Communications related to the financial records of BNG from September 1, 2019 to the present, including but not limited to BNG's assets and expenses, profit and loss statements, balance sheets, accounts receivable ledgers, accounts payable ledgers, loan documents, capital contributions, and distributions. | 6/7/2021 Judge Fisher<br><br>3/18/2022 Judge Irby (reflecting oral ruling of 2/25/22)<br><br>5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Loan Agreement produced with Retail Capital. Loan Application and Supporting Documentation to/with Retail Capital were not contained in the 67 pages of documents produced as GUNKOVA_039703-769.<br><br>- Reil Capital: 2,371 pages of documents related to Reil Capital produced on 4/18/23 should have been produced by March 11, 2022 pursuant to Court's 3/18/22 Order; Loan Applications submitted to Reil Capital were not included in the production.<br><br>- Byline Bank: 2,313 pages of documents related to Byline Bank produced on 4/18/23 should have been produced by March 11, 2022 pursuant to Court's 3/18/22 Order; Loan Applications not produced (see GUNKOVA 42193), Proposals, Supporting Documentation not produced (see GUNKOVA_42144; 42201; 42763); Need complete email thread and attachment in GUNKOVA_42924; no communications since March 2023 produced.<br><br>- Documents produced reveal that Ms. Gunkova sought a loan with Commercial Capital Partners in April 2020. No Loan application, supporting documents, or communications were produced. | - No new documents were produced in Gunkova's 5/15 supplemental responses; Loan Application and Supporting Documentation to/with Retail Capital remain outstanding.<br><br>- No new documents were produced in Gunkova's 5/15 supplemental responses; Loan Applications submitted to Reil Capital remain outstanding.<br><br>- Proposals, Supporting Documentation remain outstanding; Only 1 communication was produced; Documents submitted to Byline Bank via DropBox and/or secure links were not produced; **Gunkova admits spoliation in her 5/15 written responses.**<br><br>- Loan Application remains outstanding; incomplete communication at GUNKOVA 1386; 5471. |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 1st Request | Prior Court Order | Status as of May 1 Compel Order | Current Status – Remaining Deficiencies |
|---|---|---|---|
| 7. continued: All Documents and Communications related to the financial records of BNG from September 1, 2019 to the present, including but not limited to BNG's assets and expenses, profit and loss statements, balance sheets, accounts receivable ledgers, accounts payable ledgers, loan documents, capital contributions, and distributions. | 6/7/2021 Judge Fisher<br><br>3/18/2022 Judge Irby (reflecting oral ruling of 2/25/22)<br><br>5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Documents produced reveal that Ms. Gunkova sought a loan with Commercial Capital Partners in Jan. 2021. No Loan application, supporting documents, or communications were produced.<br><br>- Documents produced reveal that Ms. Gunkova sought a loan with Commercial Loan Direct in Oct. 2021. No Loan application, supporting documents, or communications were produced.<br><br>- Documents produced reveal that Ms. Gunkova sought a loan with MT Bank in Oct. 2021. No Loan application, supporting documents, or communications were produced including documents shared by DropBox. *see* GUNKOVA_59005<br><br>- Documents produced reveal that Ms. Gunkova sought a refinance loan with Wells Fargo in 2021. No Loan application, supporting documents, or communications were produced. *See* GUNKOVA_58981<br><br>- Documents produced reveal that Ms. Gunkova sought a refinance loan with CBRE in 2021. No Loan application, supporting documents (including documents sent by Ms. Gunkova via DropBox), or communications were produced. *See* GUNKOVA_47521; 47526; 47533 | - No new documents were produced in Gunkova's 5/15 supplemental responses; Loan application, supporting documents, and communications relating to the Jan. 2021 loan with Commercial Capital remain outstanding.<br><br>-Documents sent by Dropbox (i.e. GUNKOVA 47505; 60625) remain outstanding; Loan Application, supporting documents, and loan agreement remain outstanding.<br><br>- Documents submitted to MT Bank via DropBox were not produced; **Gunkova admits spoliation in her 5/15 written responses**; Loan application and supporting documentation sent by secure link remaina outstanding.<br><br>- Documents submitted to Wells Fargo via DropBox remain outstanding (GUNKOVA 60611); Loan Application, supporting documents, and loan agreement remain outstanding.<br><br>- Documents submitted to CBRE via DropBox were not produced; **Gunkova admits spoliation in her 5/15 written responses**; Attachments in newly identified documents not produced (see GUNKOVA 61074; 62957) |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 1st Request | Prior Court Order | Status as of May 1 Compel Order | Current Status – Remaining Deficiencies |
|---|---|---|---|
| 7. continued: All Documents and Communications related to the financial records of BNG from September 1, 2019 to the present, including but not limited to BNG's assets and expenses, profit and loss statements, balance sheets, accounts receivable ledgers, accounts payable ledgers, loan documents, capital contributions, and distributions. | 6/7/2021 Judge Fisher<br><br>3/18/2022 Judge Irby (reflecting oral ruling of 2/25/22)<br><br>5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Documents produced reveal that Ms. Gunkova sought a refinance loan with Summit Community Bank in 2021. No Loan application, supporting documents (including documents sent by Ms. Gunkova via DropBox), or communications were produced. *See* GUNKOVA_47521; 47526; 47533<br><br>- Documents produced reveal that Ms. Gunkova sought a refinance loan with Steve Foreman in 2021. No Loan application, supporting documents (including documents sent by Ms. Gunkova via DropBox), or communications were produced. *see* GUNKOVA 58919<br><br>- Documents produced reveal that Ms. Gunkova sought a loan with Business Loan America in April 2022. No Loan application, supporting documents, or communications were produced.<br><br>- Documents produced reveal that Ms. Gunkova sought and obtained a loan with FinWise Bank in April 2022. No Loan application, supporting documents, or communications were produced. *see* GUNKOVA 59147<br><br>- Documents produced reveal that Ms. Gunkova sought a loan with LendingClub in July 2022. No Loan application, supporting | - Documents submitted to Summit Community Bank via DropBox were not produced; **Gunkova admits spoliation in her 5/15 written responses**; Loan Application, supporting documents, and any loan agreement remain outstanding.<br><br>- Documents submitted to Steve Foreman via DropBox were not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>- Documents identified as Gunkova_061949-062904 were not in fact produced and remain outstanding; Loan application, supporting documents, or communications remain outstanding.<br><br>- Loan Application remains outstanding;<br><br>- Documents identified as Gunkova_063902-64716 were not in fact produced and therefore all documents remain outstanding; |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 1st Request | Prior Court Order | Status as of May 1 Compel Order | Current Status – Remaining Deficiencies |
|---|---|---|---|
| 7. continued: All Documents and Communications related to the financial records of BNG from September 1, 2019 to the present, including but not limited to BNG's assets and expenses, profit and loss statements, balance sheets, accounts receivable ledgers, accounts payable ledgers, loan documents, capital contributions, and distributions. | 6/7/2021 Judge Fisher<br><br>3/18/2022 Judge Irby (reflecting oral ruling of 2/25/22)<br><br>5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | documents, or communications were produced. *see* GUNKOVA 59137<br><br>- Documents produced reveal that Ms. Gunkova sought a loan with GlobalEnd Capital in July 2022. No Loan application, supporting documents, or communications were produced. *see* GUNKOVA 59137<br><br>- Documents produced reveal that Ms. Gunkova applied for new SBA loans in February 2023 re: Application Nos. 3303449191, 3000170507, 3000079088. No Loan application, supporting documents, or communications were produced. *see* GUNKOVA 59342l; 58329.<br><br>- Documents produced reveal that Ms. Gunkova applied for and obtain a new loan referred to as Account 2225 Intuit Financial QBE loan. *See* GUNKOVA 58326. No documents were produced.<br><br>- Accupay Payroll records as referred to in GUNKOVA_057851 have not been produced. | - All documents remain outstanding<br><br>- Loan applications relating to Application Nos. 9191, 0507, and 9088 remain outstanding; only document produced for Loan Application Nos. 9191 and 9088 was email with attached tax transcript produced only; Supporting documents and communications relating to Application Nos. 9191 and 9088 remain outstanding<br><br>- Only 15 pages of documents produced on 5/15; Loan application evidenced by GUNKOVA 61552 remains outstanding; supporting documentation including but not limited to "uploaded" documents evidenced by GUNKOVA 63149 remain outstanding; emails produced evidence loan was disbursed and is being paid for by BNG's Acct 8519 – any loan agreement and proof of payments remain outstanding.<br><br>- BNG's payroll records as captured on a "fingerprint machine" (as testified to by Ms. Gunkova on May 9, 2023) were not produced and remain outstanding |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 1st Request | Prior Court Order | Status as of May 1 Compel Order | Current Status – Remaining Deficiencies |
|---|---|---|---|
| 8: All Documents and Communications related to bank accounts held, whether individually or jointly, in the name of BNG from September 1, 2019 to the present, including but not limited to bank statements, ATM receipts, withdrawal receipts, deposit slips, checks, and wire transfers. | 6/7/2021, Judge Fisher<br><br>8/4/2021, Judge Irby<br><br>5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | -Check Images: Ms. Gunkova has sole full-access to BNG's online banking records. As a result, the check images are within her custody and control. Ms. Gunkova still has not produced the responsive check images. | - No new documents were produced; Check images for all accounts remain outstanding.<br><br>- GUNKOVA 59717 evidences an account held by BNG at EagleBank (Acct 3975) that has never previously been identified or produced by Gunkova. All responsive documents relating to this account remain outstanding. |
| 12: All Documents and Communications related to contracts entered into or anticipated to be entered into between BNG and any third-party from September 2019 to the present. | 6/7/2021, Judge Fisher<br><br>8/4/2021, Judge Irby<br><br>5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | Ms. Gunkova's 3/23/23 Supplemental Responses do not resolve the issue as the following documents are not included in the documents identify/produced by Ms. Gunkova:<br><br>-Contract with Legat<br>-Invoices from Legat<br>-Payments to Legat<br>-Contract with Health Pro Realty<br>-Invoices from Health Pro Realty<br>-Payments to Health Pro Realty | - Only 2 new documents identified in 5/15 supplemental production; listing agreement attached to LEGAT 708 (identified by GUNKOVA) was not produced and remains outstanding; proof of payments to Legat remain outstanding; contract with Health Pro Realty remains outstanding; Invoices from Health Pro Realty remain outstanding; proof of payments to Health Pro Realty remain outstanding. |
| 13: All Documents and Communications related to the listing and marketing of the Property for lease and/or sale from September 1, 2019 to the present. | 6/7/2021, Judge Fisher<br><br>5/2/23 Judge Fisher (reflecting oral ruling of 5/1/23) | - Montecito Medical: Mr. Kamin will accept Ms. Gunkova's representation that she does not have any further responsive documents regarding Montecito Medical other than the 180 pages produced on 4/18/23. Mr. Kamin requests that the representation be certified by Ms. Gunkova. | - Certification of Ms. Gunkova remains outstanding |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 1st Request | Prior Court Order | Status as of May 1 Compel Order | Current Status – Remaining Deficiencies |
|---|---|---|---|
| 13: All Documents and Communications related to the listing and marketing of the Property for lease and/or sale from September 1, 2019 to the present. | 6/7/2021, Judge Fisher<br><br>5/2/23 Judge Fisher (reflecting oral ruling of 5/1/23) | -Sands Investment Group: Documents sent via DocuSign and referred to in GUNKOVA_47280-564 were not produced;<br><br>-S.L. Nusbaum: Mr. Kamin will accept Ms. Gunkova's representation that she does not have any further responsive documents regarding S.L. Nusbaum other than the 2 pages produced on 4/18/23. | -Documents submitted to Sands Investment via DocuSign were not produced; **Gunkova admits spoliation in her 5/15 written responses.**<br><br>-Certification of Ms. Gunkova remains outstanding. |
| 19: All Documents and Communications sent to and/or received by you from Jacob Bogatin relating to BNG from September 2019 to the present. | 6/7/2021, Judge Fisher<br><br>5/2/23 Judge Fisher (reflecting oral ruling of 5/1/23) | -Contents of "Secure" messages with banks not produced. *i.e., see* GUNKOVA_58917; 58949<br><br>-Documents shared via DropBox link contained in emails not produced. *see* GUNKOVA 58919; 58993<br><br>- No text messages were produced. | - Documents submitted to various banks via secure messages were not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>- Documents shared via DropBox were not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>- Only text messages produced were group messages with Young Yoon; no text messages with only Jacob Bogatin were produced. |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 5th and 6th Requests | Prior Court Order | Status as of May 1 Compel Order | Current Status- Remaining Deficiencies |
|---|---|---|---|
| 88: All documents and communications (including any ESI associated with such communications) relating to all financial accounts for which you have held and/or currently hold signature authority, whether jointly or individually, from September 1, 2019 to the present, including but not limited to any bank accounts and/or credit cards held in the name of BNG Group, ARIA, and Sterling Investment. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Documents produced reveal that Ms. Gunkova uses financial applications Venmo, Paypal, and Zelle. No records from Venmo, Paypayl, or Zelle have been produced.<br><br>- As an account holder and/or signatory, the following responsive documents are within Ms. Gunkova control and have still not been produced:<br><br>- 2019, 2020, and 2023 statements for Acct 8653<br><br>- 2019, 2020, and 2023 statements for Acct 2144<br><br>- 2019, 2020, and 2023 statements for Acct 4199<br><br>- 2019, 2020, and 2023 statements for Acct 6038<br><br>- 2022 and 2023 statements for Acct 0805<br><br>- 2022 and 2023 statements for Acct 3379<br><br>- Feb. 2023 statement for Acct 5242<br><br>- TD 0401: Statements for 2019, Jan. 2020 to May 2020, September 2020 to December 2020, and February 2021 to present have not been produced.<br><br>- Withdrawal receipts for all accounts<br><br>- Deposit receipts for all accounts | - Zelle and Venmo records produced are incomplete and obstructed.<br><br>- The following remain outstanding:<br><br>- Acct 8653: 2019 and 2020 statements<br><br>- Acct 2144: 2019 and 2020 statements<br><br>- Acct 4199: 2019, 2020, and January – July 2021 statements<br><br>- Acct 6038: Acct 4199: 2019, 2020, and January – July 2021 statements<br><br>- Acct 0805: 2022 and 2023 statements<br><br>- Acct 3379: 2022 and 2023 statements<br><br>- Acct 5242: January – November 2019 statements<br><br>- Acct 0401: 2019, January – May 2020, 2021, 2022, and 2023 statements<br><br>- Withdrawal Receipts for all accounts still not produced<br><br>-Deposit Receipts for all accounts still not produced |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 5th and 6th Requests | Prior Court Order | Status as of May 1 Compel Order | Current Status- Remaining Deficiencies |
|---|---|---|---|
| 88: All documents and communications (including any ESI associated with such communications) relating to all financial accounts for which you have held and/or currently hold signature authority, whether jointly or individually, from September 1, 2019 to the present, including but not limited to any bank accounts and/or credit cards held in the name of BNG Group, ARIA, and Sterling Investment. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Any documentation for the following accounts:<br>o TD 0675 (Sterling Investment)<br><br>- Mr. Kamin accepts Ms. Gunkova's representation that she has no knowledge of Wells Fargo 9021 and Amex 1100. Mr. Kamin requests that the representation be certified by Ms. Gunkova. | -TD Acct 0675- 2019, January – May 2020, August 2021 – December 2021, 2022, and 2023 statements<br><br>- Certification of Ms. Gunkova remains outstanding.<br><br>**- Discovery reveals four new accounts never previously identified by Ms. Gunkova (EagleBank Acct Nos. 0565; 3975; 8677; 8685).** ***See*** **GUNKOVA 59494. All documentation remains outstanding**.<br><br>**- Documents obtained in discovery (including the Computer Forensic Analysis) reveal** ***additional*** **financial transactions not previously identified by Ms. Gunkova that are responsive to this Request, and for which loan applications, supporting documentation, loan agreements, and communications remain outstanding for each of the following financial institutions**:<br><br>1. KeyPoint Credit Union (GUNKOVA 61383)<br><br>2. Slim Capital (Computer Forensic Results)<br><br>3. Credibly (GUNKOVA 37966-67)<br><br>4. US Business Funding (GUNKOVA 55694-96) |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 5th and 6th Requests | Prior Court Order | Status as of May 1 Compel Order | Current Status- Remaining Deficiencies |
|---|---|---|---|
| 88: All documents and communications (including any ESI associated with such communications) relating to all financial accounts for which you have held and/or currently hold signature authority, whether jointly or individually, from September 1, 2019 to the present, including but not limited to any bank accounts and/or credit cards held in the name of BNG Group, ARIA, and Sterling Investment. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | | 5. Financial Partners Group (GUNKOVA 56292)<br>6. ForeFinancial (GUNKOVA 56510-11)<br>7. Legend Advance Funding (GUNKOVA 56536-38)<br>8. Better Mortgage Corp. (GUNKOVA 56606)<br>9. Cheddar Credit (GUNKOVA 53774)<br>10. Cross River Instant Funding (GUNKOVA 56626)<br>11. Mindbusiness Capital (BYLINEBANK 91)<br>12. Cadence Bank (BYLINEBANK 650)<br>13. Mulligan Funding (GUNKOVA 61720-21)<br>14. RCS Commercial Funding (Computer Forensic Analysis file name: “Aoolication.pdf”)<br>15. Virginia Commonwealth Bank (Computer Forensic Analysis file name “BNG Group LLC Non Binding Term Sheet FEB 2020”) |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 5th and 6th Requests | Prior Court Order | Status as of May 1 Compel Order | Current Status- Remaining Deficiencies |
|---|---|---|---|
| 88: All documents and communications (including any ESI associated with such communications) relating to all financial accounts for which you have held and/or currently hold signature authority, whether jointly or individually, from September 1, 2019 to the present, including but not limited to any bank accounts and/or credit cards held in the name of BNG Group, ARIA, and Sterling Investment. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | | 16. BayFirst National Bank (Computer Forensic Analysis file name "BOLT SBA 1919 – Valeria Gunkova_0002.pdf")<br><br>17. PrideStaff (Computer Forensic Analysis file name "Commercial Account Credit Application CC12004_0002.pdf")<br><br>18. Kapitus (Computer Forensic Aanalysis file name "Commercial Funding Application.pdf") |
| 92: All invoices for attorney's fees incurred by you in this matter, including but not limited to invoices for services rendered by J. Charles Curran, Faisal Moghul, Hariton Wilson, Lee Berlik, and/or Jay McDannell. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - The issue of attorneys' fees is not bifurcated from the trial in this case set for October 2023. Ms. Gunkova has failed to produce properly redacted Invoices. (Invoices produced as GUNKOVA _021008-21142 were improperly produced with all description information redacted. For example, time entries for October 2021 were redacted in their entirety, when we know that the injunction hearing was held during that time and therefore unprivileged material exists on the Invoices.) | - Supplemental invoices continue to be improperly redacted; properly redacted invoices remain outstanding. |
| 93: All documents, communications, and ESI evidencing payments made by you for attorney's fees incurred in this matter, including but not limited to payments made to J. Charles Curran, Faisal Moghul, Hariton Wilson, Lee Berlik, and/or Jay McDannell. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | Gunkova supplemented her responses on 4/18/23 to identify certain responsive documents. Deficiencies still exist as follows:<br><br>- GUNKOVA 21143 identifies payments made by "check". No checks were produced for payments as follows:<br>1. 8/10/21<br>2. 10/12/21<br>3. 11/30/21<br>4. 3/31/22<br>5. 4/26/22 | - Revised GUNKOVA 21143 Chart referred to in written answers remains oustanding;<br><br>- GUNKOVA 21143 identifies payments made by "check". Gunkova has still failed to produce checks for the following payments noted on her chart (GUNKOVA 21143) as being paid by "check":<br>1. 8/10/21<br>2. 11/30/21 |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 5th and 6th Requests | Prior Court Order | Status as of May 1 Compel Order | Current Status- Remaining Deficiencies |
|---|---|---|---|
| 93: All documents, communications, and ESI evidencing payments made by you for attorney's fees incurred in this matter, including but not limited to payments made to J. Charles Curran, Faisal Moghul, Hariton Wilson, Lee Berlik, and/or Jay McDannell. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | 6. 5/2/22<br>7. 7/29/22<br><br>- No documentation provided for entries noted on GUNKOVA 21143 as follows:<br>1. 8/10/21: $15k<br>2. 11/9/21: $40k<br>3. 6/9/22: $50k<br>4. 8/5/22: $7k<br>5. 8/5/22: $8.9K<br>6. 8/19/22: $1k | 3. 3/31/22<br>4. 4/26/22<br>5. 5/2/22<br>6. 7/29/22<br><br>- Gunkova has still not provided any documentation provided for entries noted on GUNKOVA 21143 as follows:<br>1. 8/10/21: $15k<br>2. 11/9/21: $40k<br>3. 6/9/22: $50k<br>4. 8/5/22: $7k<br>5. 8/5/22: $8.9K<br>6. 8/19/22: $1k |
| 94: All phone records and statements from January 2020 to the present for telephone numbers used to conduct BNG business, including but not limited to telephone numbers (703) 444-2800; (703) 444-2844; (703) 430-8515; (703) 430-2009; and (703) 430-8079. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Documents obtained in discovery reveal that phone number (215) 431-2670 is regularly used to conduct BNG business. No documents were produced for Phone No. 2670.<br><br>-Documents obtained in discovery reveal that phone number (703) 344-3189 is regularly used to conduct BNG business. No documents were produced for Phone No. 3189.<br><br>- Phone No. (703) 430- 8515: No statements for 2020 have been produced.<br><br>- Phone No. (703) 430-8079: No statements for 2020 have been produced.<br><br>- Phone No. (703) 444-2844: No statements/records have been produced/identified. | - (215) 431-2670: Statements for Jan. 2019 through October 2021; January 2022 remain outstanding<br><br>- (703) 344-3189: Statements for 2019, 2020, and 2021 remain outstanding<br><br>- (703) 430- 8515: No supplemental documents produced; statements for 2020 remain outstanding<br><br>- (703) 430-8079: No supplemental documents produced; statements for 2020 remain outstanding<br><br>- (703) 444-2844: No supplemental documents produced; statements remain outstanding |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 5th and 6th Requests | Prior Court Order | Status as of May 1 Compel Order | Current Status- Remaining Deficiencies |
|---|---|---|---|
| 94: All phone records and statements from January 2020 to the present for telephone numbers used to conduct BNG business, including but not limited to telephone numbers (703) 444-2800; (703) 444-2844; (703) 430-8515; (703) 430-2009; and (703) 430-8079. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | | **-Computer Forensic Analysis revealed Invoices never produced by Ms. Gunkova that evidence a phone number of "703 587 2244" as being used to conduct BNG business. No documents have ever been produced for this phone number.**<br><br>**- Computer Forensic Analysis revealed Invoices never produced by Ms. Gunkova that evidence a phone number of "703 430-7061" as being used to conduct BNG business. No documents have ever been produced for this phone number.**<br><br>**- Computer Forensic Analysis revealed that a phone number of "(540)351-5200" is being used to conduct BNG business. No documents have ever been produced for this phone number**. |
| 95. All documents and communications evidencing the "millions of dollars [spent by Aria MediSpa between 2013 and 2019] to make capital improvements to its leased facilities and suites at the Property", including all proposals, contracts, invoices, payments, appraisals, and valuations of such improvements. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Mr. Kamin accepts Ms. Gunkova's representation that she does not have in her possession, custody, or control any responsive documents other than the excel spreadsheet produced as GUNKOVA_8808. Mr. Kamin requests that the representation be certified by Ms. Gunkova. | - No certification by Ms. Gunkova was produced |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 5th and 6th Requests | Prior Court Order | Status as of May 1 Compel Order | Current Status- Remaining Deficiencies |
|---|---|---|---|
| 96. All documents and communications evidencing the "pool of potential investors for BNG" from January 2020 to the present, including but not limited to proposals, agreements, and emails with such investors. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Mr. Kamin accepts Ms. Gunkova's 4/18/23 representation that she has produced all responsive documents in her possession, custody, and/or control. Mr. Kamin requests that the representation be certified by Ms. Gunkova. | - No certification by Ms. Gunkova was produced |
| 97. All documents and communications evidencing actions taken by Mr. Bogatin on behalf of Mr. Kamin from January 2020 to the present, including but not limited to those alleged in Paragraphs 25 and 26 of your Counterclaim. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Mr. Kamin accepts Ms. Gunkova's 4/18/23 representation that she has produced all responsive documents in her possession, custody, and/or control. Mr. Kamin requests that the representation be certified by Ms. Gunkova.<br><br>- Documents made available by link were not produced. i.e., *see* GUNKOVA_55728-55737<br><br>-Document produced as GUNKOVA_55739, 55757; 56128 appears to have been redacted or is incomplete.<br><br>- Documents sent by DocuSign or similar software contained in link were not produced. *i.e. see* GUNKOVA_56084-85, 56092-93, 56098, 56538; 56510-11<br><br>- Contents of "Secure" messages contained in emails were not produced. i.e. *see* GUNKOVA_56090, 56408- contents of Secure message not produced | - No certification by Ms. Gunkova was produced<br><br>- Documents made available by link were not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>-Document produced as GUNKOVA_56128 has not been supplemented to produce a complete copy to include the email allegedly sent by "Harry Kamin PhD".<br><br>- Documents sent by DocuSign or similar link were not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>- Contents of "secure" messages were not produced; **Gunkova admits spoliation in her 5/15 written responses**. |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 5th and 6th Requests | Prior Court Order | Status as of May 1 Compel Order | Current Status- Remaining Deficiencies |
|---|---|---|---|
| 99. All documents and communications evidencing your allegation that you and Mr. Kamin agreed to both contribute additional capital to pay Stryker Services, including but not limited any agreement, email, and proof of your contribution to pay your proportional amount. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | -Mr. Kamin accepts Ms. Gunkova's 4/18/23 admission that no written agreement, email, or other document exists between Mr. Kamin and Ms. Gunkova whereby Ms. Gunkova and Mr. Kamin agreed to both contribute additional capital to pay entity Stryker Services. Mr. Kamin requests that the representation be certified by Ms. Gunkova. | - No certification by Ms. Gunkova was produced |
| 105. All documents and communications with Bassman, Adelman & Weiss from September 2019 to the present relating to BNG. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | - Documents contained in "Accountant's import file" as referred to in i.e. GUNKOVA_57639 were not produced.<br><br>-Documents contained in "dropbox" as referred to in GUNKOVA_057728 were not produced.<br><br>- "Forms PPP Loan Forgiveness for Skin Logic LLC" as referred to in GUNKOVA_57735 were not produced.<br><br>-Attachment for "intercompany transactions" as referred to in GUNKOVA_057737 was not produced.<br><br>-Documents uploaded by J. Bogatin as referred to in GUNKOVA_57787 were not produced.<br><br>-Numerous attachments contained via secure share links were not produced. i.e. *see* GUNKOVA_57805-06; 58399. | - Documents contained in "Accountant's import file" were not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>-Documents contained in "dropbox" were not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>- "Forms PPP Loan Forgiveness for Skin Logic LLC" as referred to in GUNKOVA_57735 still have not been produced.<br><br>- Attachment for "intercompany transactions" as referred to in GUNKOVA_057737 still have not been produced.<br><br>- Documents uploaded by J. Bogatin were not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>- Attachments contained via secure links were not produced; **Gunkova admits spoliation in her 5/15 written responses**. |

***KAMIN V. GUNKOVA***

**Discovery Chart**

| 5th and 6th Requests | Prior Court Order | Status as of May 1 Compel Order | Current Status- Remaining Deficiencies |
|---|---|---|---|
| 105. All documents and communications with Bassman, Adelman & Weiss from September 2019 to the present relating to BNG. | 5/2/2023 Judge Fisher (reflecting oral ruling of 5/1/23) | -Attachment referred to in GUNKOVA_057815 was not produced.<br><br>- Documents uploaded by J. Bogatin as referred to in GUNKOVA_57846 were not produced.<br><br>-numerous QB attachments/uploads were not produced. i.e. *see* GUNKOVA_058047; 58177; 58189; 58365; 58386 | - Attachment referred to in GUNKOVA_057815 still has not been produced.<br><br>- Documents uploaded by J. Bogatin as referred to in GUNKOVA_57846 were not produced; **Gunkova admits spoliation in her 5/15 written responses**.<br><br>- Numerous QB attachments/uploads were not produced; **Gunkova admits spoliation in her 5/15 written responses**. |