IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA)

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-01062-BFK |
| | ) | Alexandria, Virginia |
| VALERIA V. GUNKOVA, | ) | |
| | ) | |
| Debtor. | ) | February 18, 2025 |
| | ) | 9:37 a.m. |
| -------------------------------- | ) | |
| HARRY KAMIN, HARRY KAMIN, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF BNG GROUP LLC, | ) | Adv. Proc. 23-01062-BFK |
| Plaintiffs, | ) | |
| v. | ) | |
| VALERIA V. GUNKOVA, | ) | |
| Defendant. | ) | |
| -------------------------------- | ) | |

TRANSCRIPT OF HEARING ON
(118) DEFENDANT'S MOTION TO RECONSIDER JUDGMENT IN CASE 23-11261-BFK; LETTER FILED BY DEFENDANAT #120; DEFENDANT'S SUPPLEMENTAL MOTION #123; PLAINTIFF'S OBJECTION #128; DEFENDANT'S RESPONSE #129
(132) DEFENDANT'S MOTION TO EXTEND DISCOVERY DEADLINE; HARRY KAMIN OBJECTION #139
BEFORE THE HONORABLE BRIAN F. KENNEY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Plaintiffs: TRACEY M. OHM, ESQ.
STINSON LLP
1775 Pennsylvania Avenue, Northwest
Suite 800
Washington, DC 20006

For N D Greene PC: NANCY GREENE, ESQ.
N D GREENE PC
3977 Chain Bridge Road
Suite 1
Fairfax, VA 22030

Also Present: Valeria V. Gunkova
Debtor-Defendant, Pro Se

Transcription Services: eScribers, LLC
7227 North 16th Street
Suite #207
Phoenix, AZ 85020
(800) 257-0885

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

THE CLERK: Item numbers 3 and 4 and 5, Kamin v. Gunkova, adversary case number 23-1062.

MS. GREENE: Good morning, Your Honor. Nancy Greene on behalf of N D Greene PC.

THE COURT: Good morning.

MS. GUNKOVA: Good morning, Your Honor. My name Valeria Gunkova.

THE COURT: Good morning.

MR. OHM: And good morning, Your Honor. Tracy Ohm on behalf of plaintiffs Harry Kamin, individually and derivatively on behalf of BNG Group, LLC.

THE COURT: Okay. Good morning.

Let's start with Ms. Greene's motion to withdraw, please.

MS. GREENE: Again, the first matter on the docket is N D Greene PC's motion to withdraw as submitted. There was agreed to by all parties. Ms. Gunkova endorsed the original order. And there is no objection by Mr. Kamin's counsel. And again, as you've seen, Ms. Gunkova has been filing pro se motions. So we would ask the Court to find the order. I did box it yesterday.

THE COURT: Okay. Ms. Gunkova, are you in agreement that Ms. Greene should be released from this case?

MS. GUNKOVA: Yes.

THE COURT: Could you state that into the microphone

for us, please?

MS. GUNKOVA: Yes.

THE COURT: All right. Very good. I will grant that motion. Ms. Greene will submit the order, please.

MS. GREENE: Thank you, Your Honor.

THE COURT: Thank you. You can stay, or you can be excused.

MS. GUNKOVA: I want to stay.

MS. GREENE: Thank you, Your Honor.

MS. GUNKOVA: Oh.

THE COURT: Okay. All right. Then we come to the motion to reconsider the judgment in this case.

MS. GUNKOVA: Yes. Yes. Your Honor, I stand before you today as a pro se litigant. Respectfully ask this Court to reconsider this judgment from July 25, '24. The decision against me has been devastating. I am at risk of losing my businesses, home, and my financial future, all due to the serious procedural errors. Newly discovered evidence is fundamental due to the procedural violations.

My rights to the fair hearing was violated. From the beginning, I have faced unfair treatment that has made impossible to properly define myself. I was denied an interpreter, making it difficult to fully understand and responds to proceeding.

I want to stop here a little bit and explain. I never

received a notice about the court actions. I never received a motion. What the opposite counsel file in a Loudoun County. I have no information what's going on. First time --

THE COURT: But you were represented by a lawyer throughout the case.

MS. GUNKOVA: No.

THE COURT: Throughout this case?

MS. GUNKOVA: First time, I was without the attorney, and I didn't know where I can get information. I show up because Nancy Greene --

THE COURT: Weren't you represented by Ms. Greene in this adversary proceeding?

MS. GUNKOVA: No, she didn't represent me. Nancy Greene --

THE COURT: She didn't represent you?

MS. GUNKOVA: No.

THE COURT: We had an entire day evidentiary hearing, at which you were present, and Ms. Greene represented you.

MS. GUNKOVA: She didn't represent me in a Loudoun County court. I don't know --

THE COURT: No, in this case.

MS. GUNKOVA: This case, but I'm talking about the Loudoun County situation that happens to me.

THE COURT: Okay.

MS. GUNKOVA: As soon as you dismiss my case, I was in

a Loudoun county, and I have a chance to understand what's going on. And the ruling was done for fifteen minutes without fully nonunderstandable (sic) what's going on. My deposition was improperly moved to Washington, DC, violating your court order, and allow repeated questions from prior deposition. Opposition counsel engaged in misconduct, withholding original documents and misleading the court.

The court appointment special retainer officer Ms. Angela Shortall acted with a bias, favoriting Mr. Kamin and ignoring my rights fifty percent of BNG LLC. This action prevented me from defending myself fairly and let the ruling based on incomplete and inaccurate information. The expert reports are flat and unreadable.

Your Honor, the plainful (sic) case relies on expert reports that are filled with errors and false conclusion. The forensic expert wrongly claim I deleted 250,000 files. I did not delete it. Files. They were cut and paste an external drive for safe keeping. The software they accuse of using, CCleaner, is not CCleaner. It's a PC malware protection tool, not data destruction tool. The financial expert reported misclassified legitimate business expenses and ignore IRS tax records that contradict the plainful (sic) claims.

Both reports rely on a corpus -- on a corpus of documents not original, raising serious concerns about the authenticity. This report did not meet evidentiary standards

and their ability to should be excluded. Newly discovery evidence prove my innocence. Scenes of the court ruling, I have obtained a new evidence that proves my claim against me are false.

System log confirmed that the file in the question were never deleted. Metadata analysis show that documents were stored externally, not erased. Financial review revealed that the plaintiff claims about misused funds inaccurate and based on incomplete data, procedure, misconduct, and conflict of interest. The integrity of this case has been compromised and unethical. Ms. Benes had a clear conflict of interest, representing both Kamin and the creditor, while missing three, four, one hearing, gather evidence improperly. And Mr. Katz has a clear conflict of interest, representing both Kamin and BNG Group LLC, while acting against my interest.

Ms. Shortall executed unfair business agreement included lease with unreasonable terms that made my business unsellable. Plainful (sic) transfer key financial assets behind my back, violating due process and future harm in my financial standing. This action violate legal, ethic, and procedural fairness regarding immediately surgical intervention.

Request for relief. Based on this evidence and procedure evaluation, I respectfully ask Court to vacate the default judgment from July 25, '24, as it was based on reable

(sic) evidence and unfair proceeding. Exclude the expert report, Mark (ph.), CPA, and Christopher (ph.), forensic, as they're flawed and misleading. Reverse the Chapter 7 conversion to prevent my liquidation of my assets.

And here, I want a little bit stop. At this moment today, I am not responsible for Atlantic Union Bank anymore. I have no responsibility. Full responsibility for Atlantic Union law took Mr. Kamin.

So I have options. Sell my business Aria Medical Spa, Skin Logic, but I cannot sell because the agreement what they give it to me is unfair. Angela give it to me. It's completely unfair to all tenants in the building.

The secondary, I can sell BNG group, but I can't. They force me go to Chapter 7 because they want to transfer complementary to Mr. Karmin a building, I guess. I could sell BNG and I want to pay my creditors full amount, how I promise to them, because I want to return my credibility, and I don't want to destroy my credibility.

Next one, I'd like to ask you disqualified, shorten Benes and Katz due the bias and conflict of interest of the business. Appoint a neutral trustee to ensure fairness in managing my case. Invalid (sic) the unfair lease agreement that prevent my business from being sold. That's what I told you. Angela gave me unreasonable agreement to sell Aria Medical Spa.

I want financial transparency requiring the plainful (sic) to provide full financial record because I never see any transactions past one-and-a-half years. Operation of Angela, she never give it to me report. Based off a court, she must give me a report. But I never see what they did on a business. Sanction to plainful (sic) and the other attorney for misconduct and procedure evaluation. Allow additional time for me to compare forensic and financial review from my side and show to you my innocence.

And also I want to add a few words from my feelings about this case. For years, I was unfair treated. I pass three, three, deposition. I pass three or four meetings, creditors meetings, because I don't remember. This is wasn't meeting as supposed to be. It was fully deposition from Ms. Benes. It was fully deposition from Ms. Benes. Creditors didn't ask me questions how she deposed me.

But the guy coming, he was on deposit. And for years, he has a deposition only. First year, two hours, and Ms. Benes, she didn't like it, how he responds on the questions. And she said, we have to stop deposition because Mr. Kamin, he has a high blood sugar, and she didn't prove with a device this is high blood sugar. They just left deposition.

And next step, I call Mr. Kamin for deposition multiple times. You know what I got it from Ms. Benes? She disqualified my attorney based off I took the loan from my

equity line, and I still pay a loan to my equity line. But she disqualified my attorney, my good attorney.

Secondary, she disqualified attorney here in the bankruptcy court because of conflict of interest. Okay. I got it.

Third one, Ms. Greene, Greene, my Nancy, Atty. Nancy Greene, she call him for deposition third time. And Ms. Benes, she said, you must travel to Florida. This is additional expenses for me. And my situation, this was so complicated to travel to Florida to deposit (sic) Mr. Kamin because he was ill. She explained me why he cannot come here.

But later on, Mr. Kamin successfully arrived to Washington, DC, and he was in a building. And they check out facility, what I build, beautiful contemporary business. Dental business. They take pictures. And his team, Angela, Bethany, and Mr. Kamin, they have a fun.

So and the second one unfair situation with me happen most recently. I submitted emergency motion. I don't know if you -- I know you have a lot of cases. I don't know you remember or not. But I submitted emergency motion here. Bankruptcy court. You denied. I know reason, because I didn't have a lot of support documentation, but someone behind my back submitted this emergency motion to Loudoun County. And I didn't do this job. And the judge, Mr. Fisher, even he see bankruptcy court, he gave it to me order. Court order.

I didn't submit a motion, emergency motion, there. I want to ask you, Your Honor. I have done everything. I can follow the law, but I have been treated unfairly during the full case. I didn't have a chance to present my side because she attacked me horribly. At every step, I ask for the chance to present my full truth and justify to be serviced.

Thank you so much for your time and consideration. And I want to submit some documentation, support documentation, for you so --

THE COURT: All right. What are those? Do you have copies for --

MS. GUNKOVA: This is about my speech.

THE COURT: Excuse me.

MS. GUNKOVA: And addition, this is everything. It shows it's -- it's how unfair was the case done. What's mistake. And also the Court order from the 2021 from the first hearing come, full days' hearing. I want to show to you everything from me.

THE COURT: Okay. You can hand those up. Do you have copies for Ms. Ohm?

MS. GUNKOVA: I have what?

UNIDENTIFIED SPEAKER: Yes.

THE COURT: Copies for Ms. Ohm?

MS. GUNKOVA: Yes, I do. Of course I do.

THE COURT: All right. Go ahead and hand those up,

please.

MS. GUNKOVA: I have doubles.

THE COURT: All right. Thank you.

Ms. Ohm, I just want to ask you, what is the status of the Loudoun County matter at this point?

MR. OHM: My understanding, Your Honor, is that in the Loudoun County case, a hearing went forward on the spoliation motion, which was pending in that proceeding at the time that the bankruptcy was filed. So once the judgment was entered here and the Court lifted the stay to permit the Loudoun County case to go forward, that motion did go forward, and the Court in Loudoun County granted a default judgment in that case as well.

THE COURT: But subject to a hearing on damages?

MR. OHM: That's correct, Your Honor.

THE COURT: Okay. All right. Well, the matter is before the Court on the defendant's motion for reconsideration of this Court's judgment under Rule 9023 of the Bankruptcy Rules.

The Court finds, number one, that there is not any newly discovered evidence here. And what I mean by that is, under the Rule, newly discovered evidence for purposes of a reconsideration has to be evidence that wasn't available to the Movant at the time of the hearing. And I find that, A, there's been no new evidence that would cause the Court to change its

mind with respect to the spoliation sanctions, and B, whatever has been proffered here today was in fact available with the exercise of some diligence and some discovery. And so there's nothing that has been presented that couldn't have been discovered and presented at the spoliation sanctions hearing.

And I do note that the spoliation sanctions hearing was a full day hearing before this Court, at which Ms. Gunkova was represented by counsel. The Court heard extensive evidence from the plaintiff's expert witness on this computer electronically stored information. We call that ESI in the federal courts. And Ms. Gunkova, the defendant, did not present a competing expert. And to this date, I find that she has not presented any competing expert witness report that would cause the Court to question the veracity of the evidence that I heard from the plaintiff's expert.

But in any event, the important point here is Ms. Gunkova had the opportunity. She was represented by counsel throughout the adversary proceeding until this morning. She was represented by counsel at the spoliation hearing. She had the opportunity for discovery. She had the opportunity to hire her own expert witness to say, no, there wasn't spoliation here or to present her side of the ESI case. And so I find that there is not evidence that's been presented that could not have been discovered and presented at the spoliation hearing.

And I further find that there is not a manifest

injustice here. The Court gave Ms. Gunkova every opportunity to present her side of the case. The Court found the plaintiff's expert witness on ESI and spoliation to be quite credible. And the Court rendered its judgment. I find that there is there is no manifest injustice here.

I will deny the motion to reconsider. The Court will prepare the order. I will advise Ms. Gunkova in the order and here today that she has the opportunity to appeal that judgment by filing a notice of appeal within fourteen days of the entry of the order.

Ms. Gunkova, you look like you want to say something.

MS. GUNKOVA: Yes.

THE COURT: Could you come back to the podium, please?

MS. GUNKOVA: Yes. Before you make your final decision, I want to ask you, I can't represent with the experts. I didn't have a chance because I was harassing with Ms. Benes on limited --

THE COURT: But why didn't you have a chance? I mean, you could have hired your own expert.

MS. GUNKOVA: I did not have at money. At this moment, I collected some amount of money. I can hire people, and I can show to you the true story. Please give it to me a chance. Please.

THE COURT: Okay. Well, the answer is no. The motion to reconsider is denied. The Court will prepare the order, and

you'll have fourteen days to appeal that, if you so choose.

We then have the defendant's motion to extend discovery. I'm going to deny that because we don't have a live adversary proceeding pending now. The adversary proceeding is ended, with a final judgment. And so the Court will prepare the order denying that motion.

MS. GUNKOVA: I never had a full hearing. I did get a --

THE COURT: You did have a full hearing when we were in court. It lasted all day.

MS. GUNKOVA: This only Ms. --

THE COURT: Why do you say you didn't have a full hearing?

MS. GUNKOVA: Ms. Benes asked me questions, and I didn't have opportunity. And I can't be responsible for my attorney, what she is doing.

THE COURT: But why do you say you didn't have an opportunity?

MS. GUNKOVA: I didn't have opportunity --

THE COURT: You were represented by counsel.

MS. GUNKOVA: -- because -- let me explain.

THE COURT: Please.

MS. GUNKOVA: The attorney, they have special vision. What are request and ask, they sometimes decline. They think it doesn't work in the court for me. So I think it's a good

argument to show you and present my side. But I cannot be responsible for attorney. Let me please show my side. I can show -- I can hire expert and show it to you.

THE COURT: But you still haven't hired --

MS. GUNKOVA: It's important.

THE COURT: You still haven't hired an expert.

MS. GUNKOVA: Huh?

THE COURT: You still haven't hired an expert as we sit here today. You still --

MS. GUNKOVA: I will hire -- I promise, you give me two monthses (sic), and I will give it to you, all reports from experts.

THE COURT: All right. The motion is denied. The Court will prepare the order. The Court will deny the defendant's motion to extend discovery because that motion is moot at this point. And the Court will prepare the order on that.

MS. GUNKOVA: Were you here for expert reporting?

UNIDENTIFIED SPEAKER: Can I say one word if I might? Can you allow me to say something?

THE COURT: No, you're not a lawyer in this court. And the answer is no.

Ms. Gunkova --

UNIDENTIFIED SPEAKER: (Indiscernible) and she --

THE COURT: I'll give you the final word.

Ms. Gunkova, anything further?

MS. GUNKOVA: What is expert?

UNIDENTIFIED SPEAKER: Expert report A, B, C, D, attachment report.

MS. GUNKOVA: We have expert report A, B, C, D attachments. Could you please check?

THE COURT: The attachments that you just handed up this morning?

MS. GUNKOVA: Um-hum.

THE COURT: All right. Exhibit A says preliminary report confirming no file deletion. Mr. Bogatin is your expert?

MS. GUNKOVA: Um-hum. Um-hum. Yes.

THE COURT: He's not a computer expert, is he?

MS. GUNKOVA: He has a PhD. And he has --

THE COURT: In what?

MS. GUNKOVA: -- an MBA. He is a financial expert as well.

THE COURT: All right. Well, the Court finds that the so-called expert reports that have been proffered are not proper expert reports.

MS. GUNKOVA: Judge, can you --

THE COURT: Excuse me. I'm speaking.

MS. GUNKOVA: I'm sorry. I'm sorry. I'm sorry. It's my bad.

THE COURT: They're not proper expert witness reports. They would not be sufficient to allow Mr. Bogatin to testify. Mr. Bogatin is not a computer forensics expert. He wouldn't be qualified in this court to be able to testify. And alternatively, but equally importantly, whatever information is contained in these so-called reports was completely available to you before the hearing on spoliation evidence.

MS. GUNKOVA: But those report made on copies of documents.

THE COURT: All right. I'm really not going to argue with you any further. It's my job to make rulings, not to argue with litigants.

MS. GUNKOVA: Yes.

THE COURT: I've made my ruling. The motion is denied. The Court will prepare the order, and you can appeal, if you like.

MS. GUNKOVA: Thank you so much.

THE COURT: Okay. Thank you for appearing this morning.

MS. GUNKOVA: Thank you, Judge Kenney.

MR. OHM: Your Honor, if I might.

THE COURT: You might.

Ms. Gunkova, before you leave, Ms. Ohm has something that she wants to bring to the attention of the Court.

Ms. Ohm.

MR. OHM: I would just like to note for the Court that on February 11th, the defendant filed a second motion, a motion to introduce newly discovered evidence. Its docket number 137. Will the Court's ruling cover that?

THE COURT: Well, we'll set it for a hearing in the ordinary course. I may rule on it before it comes up on a hearing, but we'll just set it for another hearing in March, I think.

MR. OHM: Understood. Thank you, Your Honor.

THE COURT: Okay. Thank you.

All right. Thank you for your appearances this morning.

(Whereupon these proceedings were concluded at 10:06 AM)

# I N D E X


| RULINGS: | PAGE | LINE |
|---|---|---|
| N D Greene PC's motion to withdraw is granted | 4 | 3 |
| Defendant's motion to reconsider judgment is denied | 14 | 6 |
| Defendant's motion to extend discovery is denied | 15 | 3 |

# C E R T I F I C A T I O N

I, River Wolfe, the court-approved transcriber, do hereby certify the foregoing is a true and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

February 19, 2025

RIVER WOLFE DATE

TTA-Certified Digital Legal Transcriber CDLT-265

## A

**ability (1)** 7:1
**able (1)** 18:4
**accuse (1)** 6:18
**acted (1)** 6:9
**acting (1)** 7:15
**action (2)** 6:10;7:20
**actions (1)** 5:1
**add (1)** 9:10
**addition (1)** 11:14
**additional (2)** 9:7;10:8
**adversary (5)** 3:2;5:12;13:18; 15:4,4
**advise (1)** 14:7
**Again (2)** 3:15,19
**against (3)** 4:16;7:3,15
**agreed (1)** 3:17
**agreement (5)** 3:22;7:16;8:10,22, 24
**ahead (1)** 11:25
**allow (4)** 6:5;9:7;16:20;18:2
**alternatively (1)** 18:5
**amount (2)** 8:16;14:21
**analysis (1)** 7:6
**Angela (5)** 6:9;8:11,24;9:3; 10:15
**anymore (1)** 8:6
**appeal (4)** 14:8,9;15:1;18:15
**appearances (1)** 19:11
**appearing (1)** 18:18
**Appoint (1)** 8:21
**appointment (1)** 6:8
**argue (2)** 18:10,12
**argument (1)** 16:1
**Aria (2)** 8:9,24
**arrived (1)** 10:12
**assets (2)** 7:18;8:4
**Atlantic (2)** 8:6,7
**attachment (1)** 17:4
**attachments (2)** 17:6,7
**attacked (1)** 11:5
**attention (1)** 18:24
**attorney (9)** 5:8;9:6,25;10:2,2,3; 15:16,23;16:2
**Atty (1)** 10:6
**authenticity (1)** 6:25
**available (3)** 12:23;13:2;18:6

## B

**back (3)** 7:19;10:22;14:13
**bad (1)** 17:25
**Bank (1)** 8:6
**bankruptcy (5)** 10:4,21,25;12:9,18
**based (6)** 6:12;7:8,23,25;9:4, 25
**beautiful (1)** 10:14
**beginning (1)** 4:21
**behalf (3)** 3:4,10,11
**behind (2)** 7:19;10:22
**Benes (9)** 7:11;8:20;9:15,15, 19,24;10:7;14:17; 15:14
**Bethany (1)** 10:16
**bias (2)** 6:9;8:20
**bit (2)** 4:25;8:5
**blood (2)** 9:21,22
**BNG (5)** 3:11;6:10;7:15; 8:13,16
**Bogatin (3)** 17:11;18:2,3
**Both (3)** 6:23;7:12,14
**box (1)** 3:21
**bring (1)** 18:24
**build (1)** 10:14
**building (3)** 8:12,15;10:13
**business (9)** 6:21;7:16,17;8:9, 21,23;9:5;10:14,15
**businesses (1)** 4:17

## C

**call (3)** 9:23;10:7;13:10
**can (14)** 4:6,6;5:9;8:13;11:2, 19;14:21,22;16:2,3, 19,20;17:22;18:15
**case (19)** 3:2,23;4:12;5:5,7, 21,22,25;6:14;7:10; 8:22;9:11;11:4,15; 12:7,11,12;13:22; 14:2
**cases (1)** 10:19
**cause (2)** 12:25;13:14
**CCleaner (2)** 6:19,19
**chance (6)** 6:1;11:4,5;14:16, 18,23
**change (1)** 12:25
**Chapter (2)** 8:3,14
**check (2)** 10:13;17:6
**choose (1)** 15:1
**Christopher (1)** 8:2
**claim (2)** 6:16;7:3
**claims (2)** 6:22;7:8
**clear (2)** 7:11,14
**CLERK (1)** 3:1
**collected (1)** 14:21
**coming (1)** 9:17
**compare (1)** 9:8
**competing (2)** 13:12,13
**complementary (1)** 8:15
**completely (2)** 8:12;18:6
**complicated (1)** 10:9
**compromised (1)** 7:10
**computer (3)** 13:9;17:14;18:3
**concerns (1)** 6:24
**concluded (1)** 19:13
**conclusion (1)** 6:15
**confirmed (1)** 7:5
**confirming (1)** 17:11
**conflict (5)** 7:9,11,14;8:20;10:4
**consideration (1)** 11:7
**contained (1)** 18:6
**contemporary (1)** 10:14
**contradict (1)** 6:22
**conversion (1)** 8:4
**copies (4)** 11:11,20,23;18:8
**corpus (2)** 6:23,23
**counsel (7)** 3:18;5:2;6:6;13:8, 17,19;15:20
**County (9)** 5:2,20,23;6:1; 10:23;12:5,7,10,12
**course (2)** 11:24;19:6
**COURT (90)** 3:5,8,12,20,22,25; 4:3,6,11,14;5:1,4,7, 11,15,17,20,21,24; 6:4,7,8;7:2,24;9:4; 10:4,21,25,25;11:10, 13,16,19,23,25;12:3, 10,11,14,16,17,20,25; 13:7,8,14;14:1,2,4,6, 13,18,24,25;15:5,9, 10,12,17,20,22,25; 16:4,6,8,13,14,14,16, 21,21,25;17:7,10,14, 16,19,19,23;18:1,4, 10,14,15,18,22,24; 19:1,5,10
**courts (1)** 13:11
**Court's (2)** 12:18;19:4
**cover (1)** 19:4
**CPA (1)** 8:2
**credibility (2)** 8:17,18
**credible (1)** 14:4
**creditor (1)** 7:12
**creditors (3)** 8:16;9:13,15
**cut (1)** 6:17

## D

**damages (1)** 12:14
**data (2)** 6:20;7:9
**date (1)** 13:12
**day (3)** 5:17;13:7;15:10
**days (2)** 14:9;15:1
**days' (1)** 11:17
**DC (2)** 6:4;10:13
**decision (2)** 4:15;14:15
**decline (1)** 15:24
**default (2)** 7:25;12:12
**defendant (2)** 13:11;19:2
**defendant's (3)** 12:17;15:2;16:15
**defending (1)** 6:11
**define (1)** 4:22
**delete (1)** 6:17
**deleted (2)** 6:16;7:6
**deletion (1)** 17:11
**denied (5)** 4:22;10:21;14:25; 16:13;18:15
**Dental (1)** 10:15

deny (3)
14:6;15:3;16:14
denying (1)
15:6
deposed (1)
9:16
deposit (2)
9:17;10:10
deposition (10)
6:3,5;9:12,14,15,18,20,22,23;10:7
derivatively (1)
3:10
destroy (1)
8:18
destruction (1)
6:20
devastating (1)
4:16
device (1)
9:21
difficult (1)
4:23
diligence (1)
13:3
discovered (6)
4:18;12:21,22;13:5,24;19:3
discovery (5)
7:1;13:3,20;15:3;16:15
dismiss (1)
5:25
disqualified (4)
8:19;9:25;10:2,3
docket (2)
3:15;19:3
documentation (3)
10:22;11:8,8
documents (4)
6:7,24;7:6;18:9
done (3)
6:2;11:2,15
doubles (1)
12:2
drive (1)
6:18
due (4)
4:17,19;7:19;8:20
during (1)
11:3

E

electronically (1)
13:10
emergency (4)
10:18,20,23;11:1
ended (1)
15:5
endorsed (1)
3:17
engaged (1)
6:6
ensure (1)
8:21
entered (1)
12:9
entire (1)
5:17
entry (1)
14:9
equally (1)
18:5
equity (2)
10:1,1
erased (1)
7:7
errors (2)
4:18;6:15
ESI (3)
13:10,22;14:3
ethic (1)
7:20
evaluation (2)
7:24;9:7
even (1)
10:24
event (1)
13:16
evidence (15)
4:18;7:2,3,13,23;8:1;12:21,22,23,25;13:8,14,23;18:7;19:3
evidentiary (2)
5:17;6:25
Exclude (1)
8:1
excluded (1)
7:1
Excuse (2)
11:13;17:23
excused (1)
4:7
executed (1)
7:16
exercise (1)
13:3
Exhibit (1)
17:10
expenses (2)
6:21;10:9
expert (26)
6:12,14,16,20;8:1;13:9,12,13,15,21;14:3,19;16:3,6,8,18;17:2,3,5,12,14,17,20,21;18:1,3
experts (2)
14:16;16:12
explain (2)
4:25;15:21
explained (1)
10:11
extend (2)
15:2;16:15
extensive (1)
13:8
external (1)
6:17
externally (1)
7:7

F

faced (1)
4:21
facility (1)
10:14
fact (1)
13:2
fair (1)
4:20
fairly (1)
6:11
fairness (2)
7:21;8:21
false (2)
6:15;7:4
favoriting (1)
6:9
February (1)
19:2
federal (1)
13:11
feelings (1)
9:10
few (1)
9:10
fifteen (1)
6:2
fifty (1)
6:10
file (3)
5:2;7:5;17:11
filed (2)
12:9;19:2
files (2)
6:16,17
filing (2)
3:19;14:9
filled (1)
6:15
final (3)
14:14;15:5;16:25
financial (9)
4:17;6:20;7:7,18,20;9:1,2,8;17:17
find (6)
3:20;12:24;13:12,22,25;14:4
finds (2)
12:20;17:19
first (5)
3:15;5:3,8;9:18;11:16
Fisher (1)
10:24
flat (1)
6:13
flawed (1)
8:3
Florida (2)
10:8,10
follow (1)
11:3
force (1)
8:14
forensic (3)
6:16;8:2;9:8
forensics (1)
18:3
forward (3)
12:7,11,11
found (1)
14:2
four (2)
7:13;9:12
fourteen (2)
14:9;15:1
Full (10)
8:7,16;9:2;11:4,6,17;13:7;15:7,9,12
fully (4)
4:23;6:3;9:14,15
fun (1)
10:16
fundamental (1)
4:19
funds (1)
7:8
further (3)
13:25;17:1;18:11
future (2)
4:17;7:19

G

gather (1)
7:13
gave (3)
8:24;10:25;14:1
Good (9)
3:3,5,6,8,9,12;4:3;10:2;15:25
grant (1)
4:3
granted (1)
12:12
GREENE (16)
3:3,3,4,15,16,23;4:4,5,9;5:10,11,14,18;10:6,6,7
Greene's (1)
3:13
Group (3)
3:11;7:15;8:13
guess (1)
8:15
Gunkova (57)
3:2,6,7,17,19,22,24;4:2,8,10,13;5:6,8,13,16,19,22,25;11:12,14,21,24;12:2;13:7,11,17;14:1,7,11,12,14,20;15:7,11,14,19,21,23;16:5,7,10,18,23;17:1,2,5,9,13,15,17,22,24;18:8,13,17,20,23
guy (1)
9:17

H

hand (2)
11:19,25
handed (1)
17:7
happen (1)
10:17
happens (1)
5:23
harassing (1)
14:16
harm (1)
7:19
Harry (1)
3:10
heard (2)
13:8,15
hearing (20)
4:20;5:17;7:13;11:17,17;12:7,14,24;13:5,6,7,19,24;15:7,9,13;18:7;19:5,7,7
high (2)
9:21,22
hire (4)
13:20;14:21;16:3,10
hired (4)
14:19;16:4,6,8
home (1)
4:17
Honor (12)
3:3,6,9;4:5,9,13;6:14;11:2;12:6,15;18:21;19:9
horribly (1)
11:5
hours (1)
9:18
Huh (1)
16:7

I

ignore (1)
6:21
ignoring (1)
6:10
ill (1)
10:11
immediately (1)

7:21
**important (2)**
13:16;16:5
**importantly (1)**
18:5
**impossible (1)**
4:22
**improperly (2)**
6:4;7:13
**inaccurate (2)**
6:12;7:8
**included (1)**
7:17
**incomplete (2)**
6:12;7:9
**Indiscernible (1)**
16:24
**individually (1)**
3:10
**information (5)**
5:3,9;6:12;13:10;18:5
**injustice (2)**
14:1,5
**innocence (2)**
7:2;9:9
**integrity (1)**
7:10
**interest (6)**
7:10,11,14,15;8:20;10:4
**interpreter (1)**
4:23
**intervention (1)**
7:22
**into (1)**
3:25
**introduce (1)**
19:3
**Invalid (1)**
8:22
**IRS (1)**
6:21
**Item (1)**
3:1

**J**

**job (2)**
10:24;18:11
**judge (3)**
10:24;17:22;18:20
**judgment (9)**
4:12,15;7:25;12:9,12,18;14:4,8;15:5
**July (2)**
4:15;7:25
**justify (1)**
11:6

**K**

**Kamin (11)**
3:1,10;6:9;7:12,14;8:8;9:20,23;10:10,12,16
**Kamin's (1)**
3:18
**Karmin (1)**
8:15
**Katz (2)**
7:13;8:20
**keeping (1)**
6:18
**Kenney (1)**
18:20
**key (1)**
7:18

**L**

**lasted (1)**
15:10
**later (1)**
10:12
**law (2)**
8:8;11:3
**lawyer (2)**
5:4;16:21
**lease (2)**
7:17;8:22
**leave (1)**
18:23
**left (1)**
9:22
**legal (1)**
7:20
**legitimate (1)**
6:21
**lifted (1)**
12:10
**limited (1)**
14:17
**line (2)**
10:1,1
**liquidation (1)**
8:4
**litigant (1)**
4:14
**litigants (1)**
18:12
**little (2)**
4:25;8:5
**live (1)**
15:3
**LLC (3)**
3:11;6:10;7:15
**loan (2)**
9:25;10:1
**log (1)**
7:5
**Logic (1)**
8:10
**look (1)**
14:11
**losing (1)**
4:16
**lot (2)**
10:19,22
**Loudoun (9)**
5:2,19,23;6:1;10:23;12:5,7,10,12

**M**

**making (1)**
4:23
**malware (1)**
6:19
**managing (1)**
8:22
**manifest (2)**
13:25;14:5
**March (1)**
19:7
**Mark (1)**
8:2
**matter (3)**
3:15;12:5,16
**may (1)**
19:6
**MBA (1)**
17:17
**mean (2)**
12:21;14:18
**Medical (2)**
8:9,25
**meet (1)**
6:25
**meeting (1)**
9:14
**meetings (2)**
9:12,13
**Metadata (1)**
7:6
**microphone (1)**
3:25
**might (3)**
16:19;18:21,22
**mind (1)**
13:1
**minutes (1)**
6:2
**misclassified (1)**
6:21
**misconduct (3)**
6:6;7:9;9:7
**misleading (2)**
6:7;8:3
**missing (1)**
7:12
**mistake (1)**
11:16
**misused (1)**
7:8
**moment (2)**
8:5;14:21
**money (2)**
14:20,21
**monthses (1)**
16:11
**moot (1)**
16:16
**morning (10)**
3:3,5,6,8,9,12;13:18;17:8;18:19;19:12
**most (1)**
10:18
**motion (23)**
3:13,16;4:4,12;5:2;10:18,20,23;11:1,1;12:8,11,17;14:6,24;15:2,6;16:13,15,15;18:14;19:2,2
**motions (1)**
3:20
**Movant (1)**
12:24
**moved (1)**
6:4
**much (2)**
11:7;18:17
**multiple (1)**
9:24
**must (2)**
9:4;10:8
**myself (2)**
4:22;6:11

**N**

**name (1)**
3:6
**Nancy (5)**
3:3;5:10,13;10:6,6
**neutral (1)**
8:21
**new (2)**
7:3;12:25
**Newly (5)**
4:18;7:1;12:21,22;19:3
**Next (2)**
8:19;9:23
**nonunderstandable (1)**
6:3
**note (2)**
13:6;19:1
**notice (2)**
5:1;14:9
**number (3)**
3:2;12:20;19:3
**numbers (1)**
3:1

**O**

**objection (1)**
3:18
**obtained (1)**
7:3
**off (2)**
9:4,25
**officer (1)**
6:8
**Ohm (12)**
3:9,9;11:20,23;12:4,6,15;18:21,23,25;19:1,9
**once (1)**
12:9
**one (6)**
7:13;8:19;10:6,17;12:20;16:19
**one-and-a-half (1)**
9:3
**only (2)**
9:18;15:11
**Operation (1)**
9:3
**opportunity (8)**
13:17,20,20;14:1,8;15:15,18,19
**opposite (1)**
5:2
**Opposition (1)**
6:6
**options (1)**
8:9
**order (15)**
3:18,20;4:4;6:5;10:25,25;11:16;14:7,7,10,25;15:6;16:14,16;18:15
**ordinary (1)**
19:6
**original (3)**
3:17;6:6,24
**out (1)**
10:13
**own (2)**
13:21;14:19

**P**

**parties (1)**
3:17
**pass (2)**
9:11,12
**past (1)**
9:3
**paste (1)**
6:17
**pay (2)**
8:16;10:1
**PC (2)**
3:4;6:19
**PC's (1)**
3:16
**pending (2)**
12:8;15:4
**people (1)**
14:21
**percent (1)**

6:10
**permit (1)** 12:10
**ph (2)** 8:2,2
**PhD (1)** 17:15
**pictures (1)** 10:15
**plainful (5)** 6:14,22;7:18;9:1,6
**plaintiff (1)** 7:8
**plaintiffs (1)** 3:10
**plaintiff's (3)** 13:9,15;14:3
**please (10)** 3:14;4:1,4;12:1;14:13,22,23;15:22;16:2;17:6
**podium (1)** 14:13
**point (3)** 12:5;13:16;16:16
**preliminary (1)** 17:10
**prepare (6)** 14:7,25;15:5;16:14,16;18:15
**present (7)** 5:18;11:4,6;13:12,22;14:2;16:1
**presented (5)** 13:4,5,13,23,24
**prevent (2)** 8:4,23
**prevented (1)** 6:11
**prior (1)** 6:5
**pro (2)** 3:19;4:14
**procedural (3)** 4:18,19;7:21
**procedure (3)** 7:9,24;9:7
**proceeding (7)** 4:24;5:12;8:1;12:8;13:18;15:4,4
**proceedings (1)** 19:13
**process (1)** 7:19
**proffered (2)** 13:2;17:20
**promise (2)** 8:16;16:10
**proper (2)** 17:21;18:1
**properly (1)** 4:22
**protection (1)** 6:19
**prove (2)** 7:2;9:21
**proves (1)** 7:3
**provide (1)** 9:2
**purposes (1)** 12:22

**Q**

**qualified (1)** 18:4
**quite (1)** 14:3

**R**

**raising (1)** 6:24
**reable (1)** 7:25
**really (1)** 18:10
**reason (1)** 10:21
**received (2)** 5:1,1
**recently (1)** 10:18
**reconsider (4)** 4:12,15;14:6,25
**reconsideration (2)** 12:17,23
**record (1)** 9:2
**records (1)** 6:22
**regarding (1)** 7:21
**released (1)** 3:23
**relief (1)** 7:23
**relies (1)** 6:14
**rely (1)** 6:23
**remember (2)** 9:13;10:20
**rendered (1)** 14:4
**repeated (1)** 6:5
**report (10)** 6:25;8:2;9:4,5;13:13;17:3,4,5,11;18:8
**reported (1)** 6:20
**reporting (1)** 16:18
**reports (8)** 6:13,15,23;16:11;17:20,21;18:1,6
**represent (4)** 5:13,15,19;14:15
**represented (7)** 5:4,11,18;13:8,17,19;15:20
**representing (2)** 7:12,14
**Request (2)** 7:23;15:24
**requiring (1)** 9:1
**respect (1)** 13:1
**Respectfully (2)** 4:14;7:24
**responds (2)** 4:24;9:19
**responsibility (2)** 8:7,7
**responsible (3)** 8:6;15:15;16:2
**retainer (1)** 6:8
**return (1)** 8:17
**revealed (1)** 7:7
**Reverse (1)** 8:3
**review (2)** 7:7;9:8
**right (11)** 4:3,11;11:10,25;12:3,16;16:13;17:10,19;18:10;19:11
**rights (2)** 4:20;6:10
**risk (1)** 4:16
**Rule (3)** 12:18,22;19:6
**Rules (1)** 12:19
**ruling (5)** 6:2,11;7:2;18:14;19:4
**rulings (1)** 18:11

**S**

**safe (1)** 6:18
**Sanction (1)** 9:6
**sanctions (3)** 13:1,5,6
**Scenes (1)** 7:2
**se (2)** 3:19;4:14
**second (2)** 10:17;19:2
**secondary (2)** 8:13;10:3
**Sell (5)** 8:9,10,13,15,24
**serious (2)** 4:18;6:24
**serviced (1)** 11:6
**set (2)** 19:5,7
**Shortall (2)** 6:9;7:16
**shorten (1)** 8:19
**show (9)** 5:9;7:6;9:9;11:17;14:22;16:1,2,3,3
**shows (1)** 11:15
**sic (10)** 6:3,14,22;7:18;8:1,22;9:2,6;10:10;16:11
**side (6)** 9:8;11:4;13:22;14:2;16:1,2
**sit (1)** 16:9
**situation (3)** 5:23;10:9,17
**Skin (1)** 8:10
**so-called (2)** 17:20;18:6
**software (1)** 6:18
**sold (1)** 8:23
**someone (1)** 10:22
**sometimes (1)** 15:24
**soon (1)** 5:25
**sorry (3)** 17:24,24,24
**Spa (2)** 8:9,25
**SPEAKER (4)** 11:22;16:19,24;17:3
**speaking (1)** 17:23
**special (2)** 6:8;15:23
**speech (1)** 11:12
**spoliation (9)** 12:7;13:1,5,6,19,21,24;14:3;18:7
**stand (1)** 4:13
**standards (1)** 6:25
**standing (1)** 7:20
**start (1)** 3:13
**state (1)** 3:25
**status (1)** 12:4
**stay (3)** 4:6,8;12:10
**step (2)** 9:23;11:5
**still (5)** 10:1;16:4,6,8,9
**stop (3)** 4:25;8:5;9:20
**stored (2)** 7:7;13:10
**story (1)** 14:22
**subject (1)** 12:14
**submit (3)** 4:4;11:1,8
**submitted (4)** 3:16;10:18,20,23
**successfully (1)** 10:12
**sufficient (1)** 18:2
**sugar (2)** 9:21,22
**support (2)** 10:22;11:8
**supposed (1)** 9:14
**surgical (1)** 7:21
**System (1)** 7:5

**T**

**talking (1)** 5:22
**tax (1)** 6:21
**team (1)** 10:15
**tenants (1)** 8:12
**terms (1)** 7:17
**testify (2)** 18:2,4
**Third (2)** 10:6,7
**three (4)** 7:12;9:12,12,12
**throughout (3)**

5:5,7;13:18
**times (1)**
9:24
**today (5)**
4:14;8:6;13:2;14:8;
16:9
**told (1)**
8:23
**took (2)**
8:8;9:25
**tool (2)**
6:19,20
**Tracy (1)**
3:9
**transactions (1)**
9:3
**transfer (2)**
7:18;8:14
**transparency (1)**
9:1
**travel (2)**
10:8,10
**treated (2)**
9:11;11:3
**treatment (1)**
4:21
**true (1)**
14:22
**trustee (1)**
8:21
**truth (1)**
11:6
**two (2)**
9:18;16:11

**U**

**Um-hum (3)**
17:9,13,13
**under (2)**
12:18,22
**Understood (1)**
19:9
**unethical (1)**
7:11
**unfair (9)**
4:21;7:16;8:1,11,
12,22;9:11;10:17;
11:15
**unfairly (1)**
11:3
**UNIDENTIFIED (4)**
11:22;16:19,24;
17:3
**Union (2)**
8:6,7
**unreadable (1)**
6:13
**unreasonable (2)**
7:17;8:24
**unsellable (1)**
7:18
**up (5)**
5:9;11:19,25;17:7;
19:6
**using (1)**
6:18

**V**

**vacate (1)**
7:24
**Valeria (1)**
3:7
**veracity (1)**
13:14
**violate (1)**
7:20
**violated (1)**
4:20
**violating (2)**
6:4;7:19
**violations (1)**
4:19
**vision (1)**
15:23

**W**

**wants (1)**
18:24
**Washington (2)**
6:4;10:13
**Weren't (1)**
5:11
**what's (4)**
5:3;6:1,3;11:15
**Whereupon (1)**
19:13
**withdraw (2)**
3:13,16
**withholding (1)**
6:6
**within (1)**
14:9
**without (2)**
5:8;6:2
**witness (5)**
13:9,13,21;14:3;
18:1
**word (2)**
16:19,25
**words (1)**
9:10
**work (1)**
15:25
**wrongly (1)**
6:16

**Y**

**year (1)**
9:18
**years (3)**
9:3,11,17
**yesterday (1)**
3:21

**1**

**10:06 (1)**
19:13
**11th (1)**
19:2
**137 (1)**
19:3

**2**

**2021 (1)**
11:16
**23-1062 (1)**
3:2
**24 (2)**
4:15;7:25
**25 (2)**
4:15;7:25
**250,000 (1)**
6:16

**3**

**3 (1)**
3:1

**4**

**4 (1)**
3:1

**5**

**5 (1)**
3:1

**7**

**7 (2)**
8:3,14

**9**

**9023 (1)**
12:18